IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTIONAL SHAREHOLDER SERVICES INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION and WALTER CLAYTON III in his official capacity as Chairman of the Securities and Exchange Commission,<br><br>DEFENDANTS. | NO. 1:19-CV-03275-APM<br><br>**ORAL HEARING REQUESTED** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Plaintiff Institutional Shareholder Services Inc. ("ISS") respectfully moves for summary judgment against Defendants Securities and Exchange Commission and Walter Clayton III, in his official capacity as Chairman of the Commission, on all counts listed in the First Amended Complaint. As set forth in greater detail in the accompanying Memorandum of Points and Authorities, the Commission actions entitled *Exemptions from the Proxy Rules for Proxy Voting Advice*, 85 Fed. Reg. 55082 (Sept. 3, 2020) ("Final Rules") and *Commission Interpretation and Guidance Regarding the Applicability of the Proxy Rules to Proxy Voting Advice*, 84 Fed. Reg. 47416 (Sept. 10, 2019) ("Proxy Guidance") violate the Administrative Procedure Act and the First Amendment to the U.S. Constitution for the following reasons:

*First*, the Final Rules and Proxy Guidance are contrary to law in their entirety because they rest on an interpretation of Section 14(a) of the Exchange Act that contravenes the statute's plain text and is unreasonable. The Commission's attempt to regulate independent proxy *advice* through a statute that

applies only to proxy *solicitation* is foreclosed by the unambiguous statutory text, and the legislative history and statutory purpose confirm that Section 14(a) was never intended to apply in this context.

*Second*, the Final Rules and Proxy Guidance are arbitrary and capricious because the Commission failed to adequately explain why these rules were needed at all; failed to consider why the preexisting regulatory framework for proxy voting advice under the Investment Advisers Act was insufficient to achieve the Commission's stated objectives; and failed to acknowledge that it was discarding decades of settled precedent and upending the industry's legitimate reliance interests.

*Third*, the Final Rules violate the First Amendment because they impose content-based and viewpoint-based restrictions on protected speech and cannot pass any level of First Amendment scrutiny. The Final Rules co-opt and commandeer proxy advisers' speech by forcing them to share their advice and recommendations with issuers and then provide a "mechanism" for the issuer to respond. The Supreme Court has repeatedly invalidated laws that seek to commandeer one person's speech to facilitate someone else's.

Pursuant to Local Rule 7(f), ISS respectfully requests an oral hearing on this motion given the importance of the issues and the complexity of the underlying regulatory scheme.

Most aspects of the Final Rules—including the new definition of proxy solicitation and the potential liability for proxy advice under Rule 14a-9—will become effective on November 2, 2020. Certain other provisions, such as those that require proxy advisers to develop written policies to provide their voting advice to issuers and facilitate issuer feedback, will become effective on December 1, 2021. Notwithstanding that extended compliance date, proxy advisers such as ISS will need to devote substantial planning efforts and resources toward compliance with these new mandates. In order to minimize the disruption to the industry of having to comply with these unlawful and unconstitutional rules, ISS respectfully requests a hearing and decision on the merits as soon as practical.

|  | Respectfully submitted, |
|---|---|
| Dated: September 17, 2020 | _s/ Jeffrey M. Harris_ |
| Mari-Anne Pisarri (DC Bar #362597) | Jeffrey M. Harris (DC Bar #994058) |
| PICKARD DJINIS AND PISARRI LLP | James F. Hasson (*pro hac vice forthcoming*) |
| 1990 M Street, NW, Suite 660 | CONSOVOY MCCARTHY PLLC |
| Washington, DC 20036 | 1600 Wilson Boulevard, Suite 700 |
| (202) 223-4418 | Arlington, VA 22209 |
| pisarri@pickdjin.com | (703) 243-9423 |
|  | jeff@consovoymccarthy.com |

*Counsel for Institutional Shareholder Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I filed the foregoing document through the CM/ECF system, thereby serving all counsel of record.

*s/ Jeffrey M. Harris*
