IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTIONAL SHAREHOLDER SERVICES INC., <br><br> PLAINTIFF, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION and ALLISON H. LEE in her official capacity as Acting Chair of the Securities and Exchange Commission, <br><br> DEFENDANTS. | No. 1:19-cv-3275-APM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), I hereby notify the Court of my withdrawal as counsel for the Defendants in this matter.

Respectfully submitted,

/s/ Jacob R. Loshin

JACOB R. LOSHIN (DC Bar #989320)
Senior Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-9040
(202) 551-5113
loshinj@sec.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notice to all the parties.

                /s/ Jacob R. Loshin
                Jacob R. Loshin
                Securities and Exchange Commission
                100 F Street, N.E.
                Washington, D.C.  20549-9040