UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INSTITUTIONAL SHAREHOLDER SERVICES INC., | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil No. 19-cv-3275 (APM) |
| SECURITIES AND EXCHANGE COMMISSION et al., | ) ) ) ) |  |
| Defendants. | ) ) ) |  |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 69, the court grants Plaintiff's Motion for Summary Judgment as to Counts I and II, ECF No. 20, and denies Defendants' Cross-Motions for Summary Judgment, ECF Nos. 33-1, 35. The definitional amendment codified at 17 C.F.R. § 240.14a-1(l)(1)(iii)(A) is hereby vacated.

This is a final, appealable order.

Dated: February 23, 2024

Amit P. Mehta
United States District Court Judge